with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

EVA HEYMANN, Respondent, v. PAUL VIANE, Appellant, Impleaded with JAMES E. SQUIRES, Respondent, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

PAULINE GERGELY, as Administratrix, etc., of ARCHIE GERGELY, Deceased, Respondent, v. LOUISVILLE AND NASHVILLE RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

JOHN GERGELY, Respondent, v. LOUISVILLE AND NASHVILLE RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

ETHEL ELGAR CRUMP, Respondent, v. WILLIAM R. CRUMP, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

ABRAHAM LEVOFSKY, an Infant, by MORRIS LEVOFSKY, His Guardian ad Litem, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

BERNICE LEVENTHAL, Respondent, v. JACOB LIBERMAN, FANNIE LIBERMAN and ROSE ALTMARK, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days on payment of said costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

JOSEPHINE MARKANTHONY, an Infant, by NICHOLAS MARKANTHONY, Her Guardian ad Litem, Respondent, v. AMELIA ANSELMI, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

NICHOLAS MARKANTHONY, Respondent, v. AMELIA ANSELMI, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

JOSEPHINE MARKANTHONY, an Infant, by NICHOLAS MARKANTHONY, Her Guardian ad Litem, Respondent, v. AMELIA ANSELMI, Appellant. NICHOLAS MARKANTHONY, Respondent, v. AMELIA ANSELMI, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

ALBERT ULMANN and Others, Copartners, etc., Appellants, v. ASSOCIATED GAS AND ELECTRIC COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

JOSEPH STOLZ, Respondent, v. ASTOR BUILDING CORPORATION, etc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.